UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD DURNEY,

    Plaintiff(s),

vs.

MAGNA INTERNATIONAL, INC., et al.,

    Defendant(s).
                                                     /

No. C-11-0361 MHP

**ORDER TO SHOW CAUSE**

       Edward Durney, the plaintiff and attorney for plaintiff in this action, filed this action in this District on January 25, 2011. This appears to be the same Edward Durney who was the principal of and attorney for A Truly Electric Car Company, which sued Magna International Inc. in C-09-1364 MHP which was pending in this court and, while several motions to dismiss were pending upon which this court spent substantial time and held hearings, filed a notice of voluntary dismissal and faced a motion for sanctions.

       Yet, plaintiff/attorney failed to comply with Civil Local Rule 3-12 which requires that a party "must" file an administrative motion as to whether cases falling within the province of the rule should be related. He left this for defendants to do and defendants have filed such a motion. Furthermore, plaintiff/attorney completed the mandatory Civil Cover Sheet and left empty Part VIII of the sheet requiring the identification of any related cases.

       Therefore, IT IS HEREBY ORDERED that plaintiff show cause in writing on or before March 10, 2011, why this action should not be related to C-09-1364 and why he failed to properly complete the civil cover sheet and file the required motion under Civ.L.R. 3-12.

Date: March 2, 2011

MARILYN HALL PATEL
United States District Court Judge
Northern District of California